## VERIFICATION

IRLANDA DE ALVAREZ, being duly sworn deposes and says:

I am the plaintiff in this proceeding and am the parent and guardian of SHAYLA A., an infant under the age of 18, and have read the foregoing __AMENDED COMPLAINT__ and know the contents thereof; the same is true to my knowledge, except as to those matters therein stated to be alleged upon information and belief, and as to those matters, I believe them to be true.

_____
IRLANDA DE ALVAREZ

Sworn to before me this
25th day of May, 2011

_____
NOTARY PUBLIC

STUART R. SHAW
NOTARY PUBLIC, STATE OF NEW YORK
NO. 02SH4969810
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES JULY 23, 2014