UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
IRLANDA ALVAREZ,

                              Plaintiff,

                                                    10 CV 4434 (SJ) (LB)

        -against-                                   **ORDER ADOPTING
                                                    REPORT AND
                                                    RECOMMENDATION**

CITY OF NEW YORK, et al.,

                              Defendants.
--------------------------------------------------------X
A P P E A R A N C E S
SAMUEL SHAW
30 West 95th Street
1st Floor
New York, NY 10025
Attorney for Plaintiff

New York City Law Department
100 Church Street
New York, NY 10007
By:  Andrew James Rauschberg


JOHNSON, Senior District Judge:

        Presently before the Court is a Report and Recommendation ("Report")

prepared by Magistrate Judge Lois Bloom.  Judge Bloom issued the Report on May

16, 2012, and provided the parties with the requisite amount of time to file any

objections.  Neither party filed any objections to the Report.  For the reasons stated

herein, this Court affirms and adopts the Report in its entirety.

A district court judge may designate a magistrate judge to hear and determine certain motions pending before the Court and to submit to the Court proposed findings of fact and a recommendation as to the disposition of the motion. See 28 U.S.C. § 636(b)(1). Within 10 days of service of the recommendation, any party may file written objections to the magistrate's report. See id. Upon *de novo* review of those portions of the record to which objections were made, the district court judge may affirm or reject the recommendations. See id.

The Court is not required to review, under a *de novo* or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the report and recommendation to which no objections are addressed. See Thomas v. Arn, 474 U.S. 140, 150 (1985). In addition, failure to file timely objections may waive the right to appeal this Court's Order. See 28 U.S.C. § 636(b)(1); Small v. Sec'y of Health and Human Servs., 892 F.2d 15, 16 (2d Cir. 1989).

In this case, objections to Magistrate Judge Bloom's recommendations were due on June 4, 2012. No objections to the Report were filed with this Court. Upon review of the recommendations, this Court adopts and affirms Magistrate Judge Bloom's Report in its entirety.

SO ORDERED.

Dated: June 8, 2012        _____/s/_____
       Brooklyn, NY        Sterling Johnson, Jr., U.S.D.J.